# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0513. ROBERT GREEN v. CITY OF EAST POINT et al.**

Robert Green was convicted in municipal court of occupying a dive in violation of a local ordinance. He filed a petition for writ of certiorari in superior court seeking to challenge his conviction. The trial court dismissed the petition on May 15, 2019, and Green filed this application for discretionary appeal on June 15, 2019.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Green filed his application 31 days after the trial court's order was entered. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/26/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*